PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMAR ANABO, <br><br> Defendant. | CASE NO. 2:16-CR-00001 <br><br> STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER <br><br> DATE: November 4, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 4, 2016.

2. By this stipulation, the parties now move to continue sentencing until April 28, 2017.

3. The parties would respectfully request that the Probation Officer set forth a new schedule for disclosure of the presentence report and objection deadlines consistent with this new sentencing date.

4. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

Dated: October 11, 2016					PHILLIP A. TALBERT
							Acting United States Attorney


							/s/ MATTHEW M. YELOVICH
							MATTHEW M. YELOVICH
							Assistant United States Attorney


Dated: October 11, 2016					/s/ DWIGHT M. SAMUEL
							DWIGHT M. SAMUEL
							Counsel for Defendant
							OMAR ANABO


## ORDER

IT IS SO ORDERED.

Dated: October 11, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge