PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00001 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| OMAR ANABO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 28, 2017.

2. By this stipulation, the parties now move to continue sentencing until April 27, 2018, and to set the following briefing schedule regarding the presentence report:

    a) Reply, or Statement of Non-Opposition on or before April 20, 2018;

    b) Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than April 13, 2018;

    c) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than April 6, 2018; and

    d) Counsel's written objections to the Presentence Report shall be delivered to the

Probation Officer and opposing counsel no later than March 23, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

Dated:  March 16, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated:  March 16, 2017

/s/ DWIGHT M. SAMUEL
DWIGHT M. SAMUEL
Counsel for Defendant
OMAR ANABO

**ORDER**

IT IS SO ORDERED.

Dated:  March 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge