MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00001 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| OMAR ANABO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 27, 2018.

2. By this stipulation, the parties now move to continue sentencing until April 26, 2019, and to set the following briefing schedule regarding the presentence report:

   a) Reply, or Statement of Non-Opposition on or before April 19, 2019;

   b) Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than April 12, 2019;

   c) The final Presentence Report shall be filed with the Court and disclosed to counsel no later than April 5, 2019; and

   d) Counsel's written objections to the Presentence Report shall be delivered to the

Probation Officer and opposing counsel no later than March 22, 2019.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence, particularly given the pending matter against co-defendant Zalathiel Aguila.

IT IS SO STIPULATED.

Dated: February 20, 2018    MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: February 20, 2018    /s/ DWIGHT M. SAMUEL
DWIGHT M. SAMUEL
Counsel for Defendant
OMAR ANABO

## ORDER

IT IS SO ORDERED.

Dated: February 26, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge