Dwight M. Samuel
117 J Street
Suite 202
Sacramento, California 95814
916 447 1193
dwightsamuelatty@yahoo.com
Attorney for defendant OMAR ANABO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR ANABO,<br><br>Defendant | CASE NO. 2:16-CR-00001<br><br>STIPULATION VACATING SENTENCING<br><br>AND SETTING STATUS DATE;<br><br>[PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 26, 2019.

2. By this stipulation, the parties now agree to vacate the sentencing date above and instead set the date of April 26, 2019 as a status conference date.

STIPULATION VACATING SENTENCING AND SETTING STATUS DATE; [PROPOSED] ORDER

3. The reason for this request is that on April 26, 2019 the present PSR will be over two years out of date. Probation has contacted both parties and advised the parties that due to the age of the present PSR that a new PSR will be required. Probation suggested that a status conference, as denoted above, be set and that at that time new dates for reports and objections be set. Both parties are in agreement to this recommendation.

The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

Probation has been notified and is in agreement of these new times and dates.

IT IS SO STIPULATED.   _____/s/\_Dwight M Samuel\_
                       DWIGHT M SAMUEL
Dated: April 18, 2018  Attorney for Omar Anabo

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ MATTHEW M. YELOVICH
                                      MATTHEW M. YELOVICH
                                      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2018

                                    _____
                                    GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

STIPULATION VACATING SENTENCING AND SETTING STATUS DATE; [PROPOSED] ORDER