MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0001 GEB |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING, REFERRING FOR NEW PRESENTENCE INVESTIGATION REPORT, AND RESETTING PRESENTENCE INVESTIGATION REPORT SCHEDULE; [PROPOSED] ORDER |
| v. | |
| OMAR ANABO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference to set sentencing dates on April 26, 2019.

2. By this stipulation, the parties now move to (1) vacate the status conference set for April 26, 2019, (2) set judgment and sentencing for August 16, 2019, (3) seek a Court order re-referring this matter to the Probation Office for creation of a new Presentence Investigative Report, and (3) reset the schedule for disclosure of that pre-sentence report and objections thereto, as follows:

  a) Judgment and Sentencing Date: August 16, 2019

  b) Reply or Statement of No Opposition: August 9, 2019

  c) Motion for Correction of the Pre-Sentence Report: August 2, 2019

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

d) Final Presentence Report Filed with the Court and Parties: July 26, 2019

e) Counsel's Written Objections to the Pre-Sentence Report Delivered to Probation Officer and Opposing Counsel: July 19, 2019

f) The proposed pre-sentence report will be delivered to the parties no later than July 12, 2019.

3. The parties agree that in light of the procedural history of this case, including the change of counsel, counsel for the defendant should have the opportunity to engage fully in the presentence investigation report process, given that he was not counsel at the time the presentence report was drafted and finalized initially. In addition, in consultation with the Probation Office, due to the length of time since the issuance of the draft PSR, the parties understand and agree that a new PSR is needed to ensure all information is updated for the Court.

IT IS SO STIPULATED.

Dated: April 25, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: April 25, 2019

/s/ HAYES H. GABLE III
HAYES H. GABLE III
Counsel for Defendant
OMAR ANABO

**ORDER**

IT IS SO ORDERED.

Dated: April 25, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge