McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00001-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| OMAR ANABO, | |
| Defendant. | |

**STIPULATION**

1. Defendant Omar Anabo filed a motion for reduction in sentence and compassionate release on June 22, 2020. Docket No. 95. Pursuant to local rule, the government's response is due by June 29, 2020, and any reply due July 2, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request, and requests additional time to prepare the reply brief.

1    2.    Accordingly, by this stipulation, the parties now request that:

2         a)    The government's opposition or response to defendant's motion, Docket No. 95, be due on July 8, 2020; and

4         b)    The defense reply, if any, will be due on July 15, 2020.

6    IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  June 24, 2020

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney


Dated:  June 24, 2020                    /s/ *Harry W. Simon*
HARRY W. SIMON
Counsel for Defendant Omar Anabo

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)    The government's opposition or response to defendant's motion, Docket No. 95, is due on July 8, 2020;

      b)    The defense reply, if any, will be due on July 15, 2020.

IT IS SO ORDERED.

DATED: June 25, 2020

Troy L. Nunley
United States District Judge