UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OMAR ANABO,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-CR-00001-TLN<br><br>**ORDER** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibits B and C to Motion for Compassionate Release pertaining to Defendant and Defendant's adult son shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's Request and Exhibits B and C serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are

no additional alternatives to sealing the Defendant's Request and Exhibits B and C that would adequately protect the compelling interests identified by Defendant.

DATED: July 21, 2020

_____
Troy L. Nunley
United States District Judge